RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for PAUL LUTHER DIX

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>PAUL LUTHER DIX,<br><br>               Defendant. | **Case No.:** 2:13-cr-309-JCM-VCF<br><br>**<u>DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER</u>** |

COMES NOW the defendant, PAUL LUTHER DIX, by and through his counsel of record, Rene L. Valladares, Federal Public Defender, and BRENDA WEKSLER, Assistant Federal Public Defender, counsel for defendant and files this Motion to Conduct a Pre-Plea Presentence Investigation Report on PAUL LUTHER DIX for the following reasons.

.

DATED: January 17, 2014

                                          RENE L. VALLADARES
                                          Federal Public Defender

                                          /s/ *Brenda Weksler*
                                          BRENDA WEKSLER
                                          Assistant Federal Public Defender

## UNOPPOSED MOTION FOR PREPARATION OF PRE-PLEA PSI

On August 7, 2013 Paul Dix (Dix) was charged with Felon in Possession of Firearm, in violation of 18 U.S.C. § 922(g).  The parties agree that having a good understanding of his criminal history is important to the future proceedings of this case. Trial in this matter is set for January 27, 2014. A stipulation is being filed to continue those dates to allow for te preparation of the PSI. For these reasons, the parties respectfully request that a pre-plea PSI be conducted in this matter.

DATED:  January 17, 2014

                                              Respectfully submitted,

                                              RENE L. VALLADARES
                                              Federal Public Defender

                                               /s/  *Brenda Weksler*
                                              BRENDA WEKSLER
                                              Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL LUTHER DIX,<br><br>Defendant. | **Case No.:** 2:13-cr-309-JCM-VCF<br><br>**ORDER** |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that the Probation Department prepare a pre-plea presentence investigation report for PAUL LUTHER DIX.

DATED: __23rd__ Day of __January__ 2014.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                        Magistrate

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law Offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on January 17, 2014, I served an electronic copy of the above and foregoing **DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

/s/ Nancy Vasquez
Nancy Vasquez, Senior Legal Assistant to
BRENDA WEKSLER,
Assistant Federal Public Defender