UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>PAUL LUTHER DIX,<br><br>                    Defendant. | Case No. 2:13-cr-00309-JCM-VCF<br><br>ORDER |

   Presently before the court is petitioner Paul Luther Dix's unopposed motion to extend time to file reply to government's response to petitioner's § 2255 motion. (Doc. #52). The government has not filed an opposition.

   Defendant requests a forty-five day extension because he is incarcerated at the Tucson Federal Correctional Institution and does not receive mail in a timely fashion. The government does not oppose the motion. The court finds there is good cause for the requested extension and will grant the defendant a forty-five day extension to reply to the government's response in opposition.

   Accordingly,

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner's unopposed motion to extend time to file a reply to government's response (doc. #52) be, and the same hereby is, GRANTED. Petitioner shall have forty-five days from the date of this order to file his reply.

   DATED THIS 5th day of April 2016.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE